UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60294-SINGHAL

GREGG MORRISON, KENNETH JOHNSON,
RAQUEL BLOSSOMGAME, TAMIKA REED,
TIFFANY DIXON-EVANS, KATOYA JOSEPH,
HELEN HUTTON, and LARISSA PLETT, individually
and on behalf of all others similarly situated,

    Plaintiffs.

v.

FAMILY DOLLAR STORES, LLC, f/k/a FAMILY
DOLLAR STORES, INC., DOLLAR TREE, INC.,
DOLLAR TREE STORES, INC., FAMILY DOLLAR,
LLC, f/k/a FAMILY DOLLAR, INC., and FAMILY
DOLLAR SERVICES, LLC,

    Defendants.
_____/

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSURE

**THIS CAUSE** is before the Court on Plaintiffs' Notices of Transfer (DE [78]) (DE [79]). The first Notice (DE [78]) concerns *Sendejo v. Family Dollar Stores, Inc.*, No. 24-cv-00025-AMA-PK (D. Utah), which was transferred to this district on August 26, 2024 and designated as Case No. 0:24-cv-61575. The second Notice (DE [79]) concerns *Berkley v. Family Dollar Stores, Inc.*, No. 24-cv-00271-BKS-CFH (N.D.N.Y.), which was transferred to this district on August 29, 2024 and assigned Case No. 0:24-cv-61599.

The Court has previously issued relevant Orders in this action (DE [58]) (DE [76]). Having reviewed the Notices and record, as well as being otherwise fully advised, it appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Case No. 0:24-cv-61575 and 0:24-CV-60294 are hereby **CONSOLIDATED**.

2. Case No. 0:24-cv-61599 and 0:24-CV-60294 are hereby **CONSOLIDATED.**

3. Furthermore, all future filings in this case shall be made under **Case No. 0:24-CV-60294 only**.

4. The Clerk of the Court shall mark Case No. 0:24-cv-61575 and 0:24-cv-61599 as **CLOSED** for administrative purposes only.

5. Plaintiffs shall file a Second Amended Complaint by **September 11, 2024.**

6. Defendants shall file a response to the Second Amended Complaint by **October 9, 2024.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF